1 Daniel Ross, 37242
2 McCalla Raymer Leibert Pierce, LLP
777 108th Ave NE, Suite 1895
3 Bellevue, WA 98004
Telephone: 425-458-3378
4 Daniel.Ross@mccalla.com

5 Attorney for Freedom Mortgage Corporation

6

7

8 **UNITED STATES BANKRUPTCY COURT**

**FOR WESTERN DISTRICT OF WASHINGTON**

9

| | |
|---|---|
| In re: | CASE NO.: **19-10317-CMA** |
| Hector Rodriguez, | CHAPTER: **13** |
| | **FREEDOM MORTGAGE CORPORATION CONDITIONAL NON-OPPOSITION TO DEBTOR'S NOTICE AND MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE** |
| Debtor(s). | |

17

18     Freedom Mortgage Corporation ("Secured Creditor) hereby files the following statement

19 of conditional non-opposition to the Debtor's Notice And Motion For Sale Of Real Property Of

20 The Estate (the "Motion") filed as docket entry number 60 in the above-captioned matter. Secured

21 Creditor is a party in interest as the holder of the 1st deed of trust by the collateral that is the subject

of the Motion. Secured Creditor hereby responds to the Debtors' Motion on the following grounds:

22
     The Motion seeks authority to sell the real property commonly described as 2351 112th Ave

23 SE #102, Kent, WA 98031 ("Property").  The Motion references Secured Creditor's lien in the

24 amount of $201,000.00.

25     Secured Creditor does not oppose entry of an order authorizing the sell of the Property.

26 However, Secured Creditor does set forth, to the extent necessary and out of an abundance of

27 caution, that it does not consent, for purposes of 11 U.S.C. § 364 or otherwise, to any sell unless

28 it receives proceeds sufficient to satisfy its lien in full, the amount of which is to be determined

1

1    by, and in accordance with, the respective payoff demand issued by Secured Creditor.

2    Furthermore, Secured Creditor does not consent to any modification of its rights under its security

3    instrument including, but not limited to, its priority against the Property.

4

5      Dated: April 26, 2021            Respectfully Submitted,

6                                       McCalla Raymer Leibert Pierce, LLP

7

8                     By:      */s/Daniel Ross*

9                                     Daniel Ross

10                                   Attorney for Secured Creditor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1544 Old Alabama Road**
**Roswell, GA 30076**

A true and correct copy of the foregoing document entitled: **CCONDITIONAL NON-OPPOSITION TO DEBTOR'S NOTICE AND MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/26/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Trustee
Jason Wilson-Aguilar
courtmail@seattlech13.com

Debtor's Attorney
Mark C McClure
mark@mcclurelawgroup.com

☐      Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **4/26/2021,** I, Stephanie Johnson *served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by ~~placing a true and correct copy thereof in a sealed envelope in the~~ United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**\*caused to be served**

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101

**Debtors:**
Hector Rodriguez
23501 112th Ave SE
Apt K102
Kent, WA 98031-3484

☐      Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **4/26/2021** | **Stephanie Johnson** | */s/Stephanie Johnson* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |