IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

    Hector Rodriguez,

                  Debtor(s).

Chapter 13 Case No: 19-10317 CMA

ORDER FOR SALE OF REAL PROPERTY OF THE ESTATE

THIS MATTER came on regularly before the undersigned Judge of the above entitled court upon the Debtor's' Notice and Motion For Sale of Property (the "Motion"). The Debtor appeared through his attorney. The Court finds that the purchasers are good faith purchasers for a value, and that no party responded or objected to the Motion or any objection was overruled by the Court.

IT IS HEREBY ORDERED, Adjudged, and Decreed as follows;

1. The Debtor is authorized to sell the following described real property for $370,000.00 to the buyers indicated in the Motion or to any other backup buyer in the same amount for reasonably similar cash purchase terms for the terms set below:

**Property Address:** 23501 112th Ave SE #K102, Kent, WA 98031.

**Property Tax Parcel No.**: 4238600580

**Legal Description:** Unit K-102, LeBlanc Gardens, a Condominium, according to the Declaration thereof recorded under Recording Number 913200447 records of King County, Washington in Volume 103 of Condominium Plats, on Page(s) 23 through 28. Situate in the City of Kent, County of King, State of Washington.

ORDER APPROVING MOTION TO SELL REAL PROPERTY-- 3

z:\legal ii\2018\bankruptcy\rodriguez, hector\motions\motion to sell condo\motion to sell real property 2020.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484

Case 19-10317-CMA    Doc 66    Filed 05/13/21    Ent. 05/13/21 10:02:02    Pg. 1 of 2

2. The sale authorized herein shall be "as is, where is", without any warranties expressed or implied. The sale shall be sold pursuant to United States Code Title 11 § 363(b).

3. The Debtor is authorized to pay from closing, (a) normal and customary closing costs, including but not limited to the commission of the Debtor(s)' real estate agent and the buyer's agent, (b) any accrued and unpaid real property taxes, (c) the obligations secured by deed(s) of trust, accrued real estate taxes, unpaid utilities, real estate excise taxes, and payment of HOA liens along with any other liens secured by the property.

4. The Debtor is authorized to sign any documents which are consistent with the sale approved herein.

5. The automatic stay of F.R.Bankr.P. 6004(h) is waived and does not apply to this Order.

6. First American Title Insurance Company ("Title") shall disburse **$36,000.00** from the net proceeds from escrow payable to "Chapter 13 Standing Trustee" at:

> PO Box 2139
> Memphis TN 38101-2139

**The payment shall identify the Debtor's name, Hector Rodriguez, and the case number: 19-10317.**

7. Upon receipt of the sales proceeds, the Trustee is immediately authorized to disburse the funds (less his fee) pursuant to the confirmed plan.

8. The balance of the net proceeds shall be paid directly to Debtor from Title.

9. Debtor shall provide the Chapter 13 Trustee with the seller's final Seller's Closing Statement.

Presented by:

/s/ Mark C McClure
Mark C. McClure, WSBA 24393
Attorney for Debtor

ORDER APPROVING MOTION TO SELL REAL PROPERTY-- 4

z:\legal ii\2018\bankruptcy\rodriguez, hector\motions\motion to sell condo\motion to sell real property 2020.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484

Case 19-10317-CMA    Doc 66    Filed 05/13/21    Ent. 05/13/21 10:02:02    Pg. 2 of 2